EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Félix J. Montañez Miranda | 2003 TSPR 55 158 DPR _____ |
|---|---|

Número del Caso: TS-5894

Fecha: 16/abril/2003

Oficina de Inspección de Notarías:
          Lcda. Carmen H. Carlos
          Directora

Abogado de la Parte Querellada:
          Por Derecho Propio

Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:

Félix J. Montañez Miranda


TS-5894


RESOLUCION


San Juan, Puerto Rico, a 16 de abril de 2003

Examinado el Informe de la Oficina de Inspección de Notarías, así como la Moción Urgente Solicitando Reinstalación presentadas en este caso, se ordena la reinstalación inmediata al ejercicio de la notaría del Lcdo. Félix J. Montañez Miranda.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados señores Corrada del Río y Rivera Pérez no intervinieron.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo